**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01668-LTB-BNB

COACH USA, INC.,
   Plaintiff,

v.

ROBERT MCBRIDE,
   Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

  In light of this Court's Order granting Defendant's Motion to Stay Proceeding Pending Arbitration (Doc 20 - filed November 15, 2005), the hearing set **Friday, January 13, 2006 is VACATED**.

  Plaintiff's Motion for Judgment on the Pleadings (Doc 12 - filed October 21, 2005) is DENIED WITHOUT PREJUDICE.

  Plaintiff's Motion for Hearing on Motion for Judgment on the Pleadings (Doc 32 - filed January 5, 2006) is DENIED AS MOOT.

Dated:  January 6, 2006