IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 05-cv-01668-LTB-BNB

COACH USA, INC.,

    Plaintiff,

v.

ROBERT MCBRIDE,

    Defendant.
_____

ORDER
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 51 - filed November 7, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: November 8, 2007